```
QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I  Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISREAL LOYA-TORRES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-0224 MCE |
| Plaintiff, | |
| | STIPULATION AND ~~[PROPOSED]~~ ORDER |
| v. | |
| ISREAL LOYA-TORRES, | Date: August 16, 2005 |
| | Time: 8:30 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, Linda Harter, attorney for defendant, ISREAL LOYA-TORRES, as follows:

It is agreed that the current Status Conference date of July 26, 2005, be vacated and a new status conference date of August 16, 2005 at 8:30 a.m. be set.  The time is excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Code T4.

///

///

///

1    Defense counsel will be out of the county on vacation from July
2 25, 2005 to August 10, 2005.
3 Dated: July 22, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Linda Harter
_____
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
ISREAL LOYA-TORRES


MCGREGOR W. SCOTT
United States Attorney

13 Dated: July ____,2005

/s/ Michael Beckwith
_____
MICHAEL BECKWITH
Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

Dated: July 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE